Argued and submitted September 12, ballot title certified September 20, 2001

Steven NOVICK,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48668)

32 P3d 895

Steven Novick, *in propria persona*, argued the cause and filed the petition.

Brendan C. Dunn, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum for respondent. With him on the memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.

PER CURIAM

## PER CURIAM

This ballot title review proceeding brought under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, denominated by the Secretary of State as Initiative Petition 56 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). ORS 250.085(5).[1]

Petitioner challenges the "Result of 'Yes' Vote" and summary portions of the Attorney General's certified ballot title. We have considered petitioner's arguments and conclude that none is well taken. Accordingly, we certify the following ballot title to the Secretary of State:

AMENDS CONSTITUTION: FOR PUBLIC-WORKS CONTRACTS: ELIMINATES COMPETITIVE-BIDDING EXEMPTIONS AND PREVAILING-WAGE REQUIREMENTS; PROHIBITS UNION PREFERENCES

RESULT OF "YES" VOTE: "Yes" vote eliminates, for public-works contracts, competitive-bidding exemptions and requiring prevailing wages/benefits; and, for those contracts, prohibits preferring contractors using union workers.

RESULT OF "NO" VOTE: "No" vote retains laws exempting certain public-works contracts from competitive-bidding requirement and requiring public-works contractors to pay workers prevailing wages and benefits.

SUMMARY: Amends Constitution. Current law requires, with certain exemptions, awarding public contracts through competitive bidding to lowest responsible, qualified bidder; requires paying prevailing wages (wages/ benefits paid on similar projects). Measure requires awarding all contracts for public-works projects to the responsible, qualified contractor submitting lowest bid to provide not less than the quality of work or product necessary to meet project specifications. Prohibits (with exceptions)

---

[1] The 2001 Legislative Assembly amended ORS 250.085 in a respect not relevant to this proceeding.

denying "responsible, qualified" status for reasons unrelated to work quality, timeliness. Prohibits laws, requirements, contracts, and "government actions" that: require contractors to pay wages/benefits in amounts greater than amounts that would be required in Oregon's private sector; or give advantages or preferences to contractors using union workers. Does not exempt contractors from minimum-wage, overtime-pay requirements. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).